# United States District Court

WESTERN DISTRICT OF WASHINGTON

JASON KULIGOWSKI,

               v.

MICHAEL J. ASTRUE, Commissioner of
Social Security,,

**JUDGMENT IN A CIVIL CASE**

Case No. 3:10-cv-5521RBL-KLS

☐    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒    **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

(1)     the Court adopts the Report and Recommendation; and

(2)     the administrative decision is AFFIRMED.


| May 23, 2011 | WILLIAM M. McCOOL |
|---|---|
| Date | Clerk |

                                                        *s / Mary Trent*
                                                        Deputy Clerk